396 A.2d 829

Commonwealth v. Whiteside, Appellant.

Argued October 23, 1978.  Michael M. Mullen, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Order and judgment of sentence affirmed.